IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>HURRICANE SANDY FEMA DIRECT FLOOD LITIGATION | **Master Docket**<br><br>1:15-mc-700 (JBS)<br><br>**ORDER FOR TEMPORARY STAY** |

This matter comes before the Court upon its own motion, upon recommendation of the Court's Hurricane Sandy Litigation Committee and approval of the Board of Judges of the United States District Court for the District of New Jersey.

It appearing that the Federal Emergency Management Agency has announced a new policy of intensive negotiation and settlement efforts in Sandy flood cases in this Court in which FEMA is a direct defendant; and

It further appearing that a temporary stay of such cases pending settlement efforts is warranted to conserve time and resources of the litigants, the Court, the arbitrators and mediators; and

It further appearing that the creation of this Master Docket for all pending "Hurricane Sandy FEMA Direct Flood Litigation" for Sandy-related flood cases where FEMA is a named defendant, linking this Master Docket with the individual case dockets, will promote efficient and effective communication and management of these provisions for a temporary stay; and

Consistent with Standing Order 14-2 ("In Re: Hurricane Sandy Cases") dated March 24, 2014; and for good cause;

IT IS on this **13th** day of **March, 2015** hereby ORDERED:

1. That the Clerk of Court create a Master Docket, as captioned above, to which all pending cases containing direct claims against FEMA arising from Hurricane Sandy ("FEMA Direct Cases") shall be linked; an individual docket for each case shall continue to be maintained;

2. That further litigation of FEMA Direct Cases is hereby TEMPORARILY STAYED for sixty (60) days and until further Order of this Court;

3. That all scheduled conferences, hearings, arbitrations, mediations, and trials in FEMA Direct Cases are hereby cancelled and postponed pending this Temporary Stay;

4. That any party seeking relief from this Temporary Stay may apply to the assigned judge in the individual FEMA Direct Case and show good cause;

5. That nothing herein precludes a party from requesting or furnishing documents or other evidence in aid of settlement negotiation and consummation;

6. That upon reaching a settlement, counsel shall report same by filing a notice of settlement upon the docket of the

individual case, requesting entry of an Order closing that docket under L. Civ. R. 41.1(b); and

    7.    That the United States Attorney's Office is requested to file a summary report of settlement efforts and results in FEMA Direct Cases every fourteen (14) days beginning March 27, 2015.

                                  **s/ Jerome B. Simandle**
                                  JEROME B. SIMANDLE
                                  CHIEF U.S. DISTRICT JUDGE